1 McGREGOR W. SCOTT
United States Attorney
2 KRISTI C. KAPETAN
Assistant U.S. Attorney
3 3654 Federal Building
1130 "O" Street
4 Fresno, California 93721
Telephone: (559) 498-7316

5 Attorneys for Defendant

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9 JUANITA QUINTANA,            )    1:04-cv-6049 AWI LJO
                               )
10              Plaintiff,     )    STIPULATION AND ORDER
                               )    TO EXTEND TIME
11                             )
           v.                  )
                               )
12 JO ANNE B. BARNHART,        )
   Commissioner of Social      )
13 Security,                   )
                               )
14              Defendant.     )
   _____)
15

16      The parties, through their respective counsel, stipulate

17 that defendant's time to respond to plaintiff's opening brief be

18 extended from July 25, 2005 to August 25, 2005.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25

26

                                1

1  This is the defendant's first request for an extension of
2 time to respond to plaintiff's opening brief.  Defendant needs
3 the additional time to further review the file and prepare a
4 response in this matter.

5                               Respectfully submitted,

6

7 Dated: July 18, 2005

8                                  /s/ Gina M. Fazio
                                   (As authorized via facsimile)
9                                  GINA M. FAZIO
                                   Attorney for Plaintiff
10

11
Dated: July 18, 2005              McGREGOR W. SCOTT
12                                United States Attorney

13

14                                 /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
15                                 Assistant U.S. Attorney

16

17

18

19 IT IS SO ORDERED.

20 **Dated:   July 22, 2005**              **/s/ Lawrence J. O'Neill**
   b9ed48                                 UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

                                 2