```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUANITA QUINTANA, | ) | 1:04-cv-6049 AWI LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from August 25, 2005 to September 22, 2005.

///
///
///
///
///
///

1

1  This is the defendant's second request for an extension of
2 time to respond to plaintiff's opening brief.  Defendant needs
3 the additional time to further review the file and prepare a
4 response in this matter.

5                                    Respectfully submitted,

7 Dated: August 22, 2005

8                                    /s/ Gina M. Fazio
                                     (As authorized via facsimile)
                                     GINA M. FAZIO
9                                    Attorney for Plaintiff

11 Dated: August 22, 2005             McGREGOR W. SCOTT
12                                    United States Attorney

14                                    /s/ Kristi C. Kapetan
                                     KRISTI C. KAPETAN
15                                    Assistant U.S. Attorney

19 IT IS SO ORDERED.

20 **Dated:   August 24, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                               UNITED STATES MAGISTRATE JUDGE

2